MICHAEL BARNES (State Bar No. 121314)
EMILY NOZICK (State Bar No. 201050)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California  94596
Telephone:  (925) 949-2600
Facsimile:   (925) 949-2610
Email:        michael.barnes@snrdenton.com
                   emily.nozick@snrdenton.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUSANNA CARPENTER and PATRICK G. GAINER, as guardian ad litem for GRANT TARNOW, a minor,<br><br>Defendants. | Case No. 2:10-CV-00041-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON [FED.R.CIV.P. 41(a)(1)]** |

**STIPULATION**

WHEREAS this action seeks declaratory relief concerning insurance coverage under an Allstate homeowners policy for an underlying tort action in the San Joaquin Superior Court; and

WHEREAS Allstate has settled the underlying action in its entirety with no contribution by its insured and will not seek reimbursement of its defense or settlement from its insured; and

WHEREAS declaratory relief is moot in view of the underlying settlement;

NOW, therefore, all parties that have appeared in this action hereby stipulate, through their counsel of record, that this action should be dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees incurred herein.

**IT IS SO STIPULATED**.

Dated: December 15, 2010                SNR DENTON US LLP


By _____/s/_____
                MICHAEL BARNES

Attorneys for Plaintiff ALLSTATE INSURANCE COMPANY

Dated: December 15, 2010


BROWN, HALL, SHORE & MCKINLEY, LLP




By _____/s/_____
                JOHN R. CONGER


Attorneys for Defendant PATRICK GAINER, as guardian ad litem for GRANT TARNOW, a minor




Dated: December 15, 2010

BAKERINK McCUSKER & BELDEN



By _____/s/_____
            G. ARCHER BAKERINK


Attorneys for Defendant
SUSANNA CARPENTER

Case No. 2:10-CV-00041-MCE-DAD                -2-                STIPULATION OF DISMISSAL

**ORDER**

In view of the foregoing stipulation, and good cause appearing therefor, the Court finds that this action should be, and hereby is, dismissed in its entirety with prejudice, with each side to bear its own costs and attorneys' fees. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: December 21, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE